IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-cv-232-D

| | |
|---|---|
| FRANKLIN HASTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. ) | **ORDER** |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $12,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,646.50.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $12,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $3,646.50 and upon the payment of such sums this case is dismissed with prejudice.

This _26_ day of _____May_____, 2016,

_____
United States District Judge
JAMES C. DEVER III