UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FRANKLIN HASTY, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 7:13-CV-232-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiffs counsel the sum of $12,000.00 and that Plaintiffs counsel pay to Plaintiff the sum of $3,646.50 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on May 26, 2016, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Mark J. Goldenberg | (via CM/ECF Notice of Electronic Filing) |
| Robert K. Crowe | (via CM/ECF Notice of Electronic Filing) |

DATE:                               JULIE RICHARDS JOHNSTON, CLERK

May 26, 2016              (By) /s/ Nicole Briggeman
                                         Deputy Clerk